FILED

2019 FEB 14 PM 3:53

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 19CR00084-MWF |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [18 U.S.C. § 152(1): Fraudulent Concealment of Property In Bankruptcy] |
| PEJMAN VINCENT MEHDIZADEH, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 152(1)]

Beginning on or about June 30, 2010, and continuing through at least on or about July 12, 2011, within the Central District of California, and elsewhere, defendant PEJMAN VINCENT MEHDIZADEH ("defendant"), knowingly and fraudulently concealed property belonging to the bankruptcy estate in the case entitled <u>Pejman V. Mehdizadeh</u>, Case No. 10-BK-36936-ER, filed on June 30, 2010 within the Central District of California, from the trustee charged with control of the debtor's property and from the creditors and the United States Trustee, specifically:

a. Defendant's ownership interest in PVM International, Inc., a Nevada corporation, and PVM International, Inc., a California corporation;

b. Intellectual property described in United States Patent Application for a Vending Machine Apparatus to Dispense Herbal Medications and Prescription Medicines, filed with the United States Patent and Trademark Office, and bearing number 11/999,385, and the resulting United States Patent No. US 7,884,363 BI issued on or about November 30, 2010, which application and patent were each owned and controlled by defendant; and

c. Accounts receivable for which defendant ultimately received payments in September and October 2010 totaling approximately $65,000.

NICOLA T. HANNA
United States Attorney

*Scott Garringer*
Deputy Chief, Criminal Division For
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

STEPHEN A. CAZARES
Assistant United States Attorney
Deputy Chief, Major Frauds Section