

*United States Pretrial Services*

United States District Court
Central District of California

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 6 2019

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY



Michelle A. Carey
Chief Probation & Pretrial Services Officer

Douglas B. Bys
Deputy Chief Probation & Pretrial Services Officer

| | | |
|---|---|---|
| **PACTS No.** | **5999413** | **Passport Receipt** |

Defendant's Name:  MEHDIZADEH, Peyman Vincent

Name on passport, if different:  ZADEH, PEJMAN VINCENT

Country of Origin:  Iran

Date passport issued:  Dec 21, 2018

Expiration date of passport:  Dec 20, 2028

Ordered by court in the Central District of California or

Docket Number:  0973    *2:19 CR 000 84*

U.S.
PASSPORT CARD

_____
Surrendered By  *Peyman Vincent Mehdizadeh*

_____
Received By

_____
Returned To

_____
Returned By

____2/26/19____
Date

____2-26-19____
Date

_____
Date

_____
Date

Purpose Returned _____

Address (if mailed) _____

---

**Headquarters**

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
213-894-4726 / FAX 213-894-0231

**Riverside Branch**

George E. Brown, Jr. Federal Building
and U.S. Courthouse
3470 Twelfth Street, Suite 161
Riverside, CA 92501-3801
951-328-4490 / FAX 951-328-4489

**Santa Ana Branch**

Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570