**HOLMES, TAYLOR, COWAN & JONES LLP**
Stephen P. Jones (SBN: 150050)
Stephen.Jones@holmestaylor.com
811 Wilshire Blvd., Suite 1460
Los Angeles, California 90017
Tel:  (213) 985-2200
Fax: (213) 973-6282

Attorney for Defendant
PEJMAN VINCENT MEHDIZADEH

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PEJMAN VINCENT MEHDIZADEH, <br><br> Defendant. | Case No. 2:19CR00084-MWF <br><br> DEFENDANT PEJMAN VINCENT MEHDIZADEH'S RESPONSE TO PRESENTENCE REPORT |

Defendant Pejman Vincent Mehdizadeh has no objections to the Pre-Sentence Report.

Dated:                                   **HOLMES, TAYLOR, COWAN & JONES LLP**

Stephen P. Jones
Attorneys for Defendant
PEJMAN VINCENT MEHDIZADEH