**HOLMES, TAYLOR, COWAN & JONES LLP**
Stephen P. Jones (SBN: 150050)
Stephen.Jones@holmestaylor.com
811 Wilshire Blvd., Suite 1460
Los Angeles, California 90017
Tel: (213) 985-2200
Fax: (213) 973-6282

Attorney for Defendant
PEJMAN VINCENT MEHDIZADEH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PEJMAN VINCENT MEHDIZADEH, <br><br> Defendant. | Case No. 2:19CR00084-MWF <br><br> LETTERS RE: SENTENCING <br><br> Date: 6/17/19 <br><br> Time: 2 p.m. <br><br> Hon. Michael W. Fitzgerald |

    Defendant PEJMAN VINCENT MEHDIZAEH respectfully submits, as Exhibit "A" hereto, a letter from his wife Anna; and as Exhibit "B," his own letter to the Court.

| | |
|---|---|
| Dated: | **HOLMES, TAYLOR, COWAN & JONES LLP** |
| | _/s/ Stephen P. Jones_ |
| | Stephen P. Jones |
| | Attorneys for Defendant |
| | PEJMAN VINCENT MEHDIZADEH |