June 4, 2019

To the Honorable Michael Fitzgerald,
US District Judge

Your Honor,

My name is Anna and I am writing you today on behalf of my husband P.Vincent Medizadeh, who is scheduled to appear in your court for sentencing on June 17, 2019.

I have known Vincent for over 5 years and we have been happily in love and married for almost 2 and in process of starting a family.

I know Vincent as such positive, honest, loving, kindest, polite, loyal and compassionate person. He has the biggest heart and is always there for everyone and willing to land a hand with everything. Vincent has touched many lives and has always been an incredibly hard worker. As a husband he has been our family's sole provider who is very dedicated and loyal. I am personally depended on him. I have never known him of conducting himself in a negative manner, or contributing to unproductive behavior.  What keeps me believing in him and loving him is the fact that he is a good person that came from a good home. I wish more than anything that you, the man who decides his fate, could know him like I do.

I love my husband more than I ever thought possible and I am hopeful that my Vincent be able to move form this situation an even stronger man and leader of our family. I am also hopeful he will be here for me without separation whatsoever.

Thank you for your time and attention in reading this. I wanted to speak from my heart and hope you will forgive the informality of this letter. I realize you have a huge amount of things to consider in this case. Thanks again for your attention.

Sincerely,

Anna M.