6/5/19

To the Honorable Michael Fitzgerald,
US District Judge


Your Honor:

This investigation that has taken five long years, and has caused me and my loved ones many sleepless nights during that time. In the end, I put my faith in the belief that I would be treated fairly. Through both the prosecutor's and probation department's recommendations – for which I am deeply grateful -- it now appears that I was right to trust the process.

Some men are forced to mature more quickly than others. That was certainly true in my case. I have no formal education, and wasn't blessed with easy financial opportunity. (As was the case with many of my friends with wealthy parents that I grew up with.) Still, I persevered, and did my best to overcome any obstacles that got in the way of taking care of my mother, my father, and my siblings when they needed it.

I deeply regret that my best efforts in this regard haven't always met the standards I set for myself. In some ways, I've had a hard life. And I know I've made quite a few mistakes along the way. But I feel I've learned from those mistakes, and that as bad as some of them have been, I'm now the better for having made and learned from them.

Over the decade since I filed my bankruptcy, I have learned (the hard way) not to seek out shortcuts in life, and in business -- even when it seems the shortcuts may be legally justifiable. I have learned that morality has a different code of conduct that no attorney or accountant can opine on. Knowing right from wrong, by gauging one's own moral compass. I believe I now understand this better than most, even though (for better or worse) it's taken a lot to get here. I'd also like to think that I can go on from here to become a success again – this time, without running afoul of the law – and that I can also help others along the way.

I now have a lovely wife and we are looking to start a family very soon. I continue to rest my faith in the system -- and what I have seen recently has given me renewed hope that this faith is justified. I'm grateful for your time and consideration.


Respectfully Submitted,

*[signature]*

P. Vincent Mehdizadeh