**HOLMES, TAYLOR, COWAN & JONES LLP**
Stephen P. Jones (SBN: 150050)
Stephen.Jones@holmestaylor.com
811 Wilshire Blvd., Suite 1460
Los Angeles, California 90017
Tel: (213) 985-2200
Fax: (213) 973-6282

Attorney for Defendant
PEJMAN VINCENT MEHDIZADEH

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PEJMAN VINCENT MEHDIZADEH,<br><br>　　　　Defendant. | Case No. 2:19CR00084-MWF<br><br><br>ORDER ON STIPULATION RE:<br>RETURN OF PASSPORT |

PURSUANT TO THE STIPULATION OF THE PARTIES, THE COURT HEREBY ORDERS:

1. The United States Probation Office shall return to Defendant PEJMAN VINCENT MEHDIZADEH his United States passport, upon successful completion of his three-month term of home confinement.

Dated: Sept. 16, 2019

**HON. MICHAEL W. FITZGERALD**

_____
UNITED STATES DISTRICT JUDGE

**cc: US. Probation & Pretrial**

Holmes, Taylor, Cowan & Jones LLP
811 Wilshire Blvd., Suite 1460
Los Angeles, California 90017